**Danny Eugene RICHARDSON, Petitioner–Appellant,**

v.

**Michael W. YORK, Respondent–Appellee.**

No. 01–6814.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 27, 2001.

Danny Eugene Richardson, Pro Se. Clarence Joe DelForge, III, Office of the

---

* The case was decided by a magistrate judge upon the consent of both parties.

**312**

Attorney General of North Carolina, Raleigh, North Carolina, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Danny Eugene Richardson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Richardson v. York,* No. CA–00–1212–1 (M.D.N.C. July 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*